**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  05-cr-00342-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHAWN C. SHIELDS
     a/k/a "Shorty",
2.  VERNON W. TEMPLEMAN,
3.  CARL W. PURSLEY, JR., and
4.  WENDEL R, WENDELL, JR.,

      Defendants.

## ORDER RELEASING WITNESSES FROM SUBPOENA

**Blackburn, J.**

      Inmates Martin L. Sanders, a/k/a Jesse Cluff, and Melvin Hoskins testified for the government during its case-in-chief on December 7, 2005.  At the conclusion of both witnesses' testimony, defendants Pursley and Wardell requested that the witnesses be subject to recall.  However, during mid-trial proceedings, Pursley and Wardell withdrew these requests, reserving the right to explain their change of mind to the jury. There being no further need for these witnesses' testimony, they should be excused and released from subpoena, if any.

      **THEREFORE, IT IS ORDERED** that Martin L. Sanders, a/k/a Jesse Cluff, and Melvin Hoskins are **EXCUSED** from further appearance in this matter and are **RELEASED** from subpoena, if any.

Dated December 8, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge