IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-342-REB-02

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2. VERNON W. TEMPLEMAN,

   Defendant.



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce Vernon W. Templeman (DOB 4/10/1959), before Judge Robert E. Blackburn, on the 31st day of March, 2006, at 10:00 a.m., for a sentencing hearing, and to retain Mr. Templeman in federal custody, under safe and secure conduct.

SO ORDERED this _____ day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO